Commonwealth ex rel. Franklin, Appellant, *v.* Russell.

Submitted June 13, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*John V. Franklin,* appellant, in propria persona.

*Wilbur C. Creveling, Jr.,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for appellee.

OPINION PER CURIAM, September 13, 1962:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of President Judge HENNINGER of the Court of Common Pleas of Lehigh County, as reported in 28 Pa. D. & C. 2d 234.